# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Americans for Truth About Homosexuality

**DEFENDANTS**
Holiday Inn Select Chicago/Naperville-Lisle

**(b) County of Residence of First Listed Plaintiff** DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** DuPage
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Jason R. Craddock
Attorney at Law
Box 1514 Sauk Village, IL 60412 / 708-662-0945

**Attorneys (If Known)**

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Incorporated or Principal Place of Business In This State: PTF [X] 4, DEF [X] 4

## IV. NATURE OF SUIT
[X] 443 Housing/Accommodations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Defendants discriminated against Plaintiffs on the basis of religion in violation of 42 U.S.C. §2000a (Title II).

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 8/21/09
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jason R. Craddock