IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICANS FOR TRUTH ABOUT | ) | |
| HOMOSEXUALITY, a not-for- | ) | |
| profit Organization, | ) | |
| Plaintiff; | ) | |
| | ) | |
| v. | ) | Case No.:09-5159 |
| | ) | Judge Virginia Kendall |
| HOLIDAY INN SELECT CHICAGO/ | ) | |
| NAPERVILLE-LISLE, | ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby voluntarily dismisses, pursuant to Fed.R.Civ.P. 41(a)(1), all pending claims in this action without prejudice.

Respectfully,

By: _____/s/Jason R. Craddock_____
Jason R. Craddock
Attorney at Law
227 W. Maple, Suite C
New Lenox, Illinois 60412
Phone: (815) 463-9030
Fax: (815) 463-9094
Email: captain1970@thelifeline.net

CERTIFICATE OF SERVICE
On February 10, 2010, this Notice and the Motion it references were filed electronically, causing service to be had electronically upon the following:

Dean M. Athans, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 N. LaSalle Street- Suite 2600
Chicago, IL 60602
Telephone: 312.704.0550
Email: dean.athans@wilsonelser.com

By: _____/s/Jason R. Craddock_____